**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

OSCAR ANDRES LARA FIGUEROA,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03026-RFB-MDC

**ORDER**

Since entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner Oscar Figueroa might have another habeas proceeding in this District: Oscar Lara Figueroa v. USA, No. 2:26-CV-02973-RFB-BNW. The 02973 Case was initiated by submitting a Verified Petition for Writ of Habeas Corpus and Class Action Complaint that was filed by different petitioners in the class action styled *Jacobo Ramirez v. Noem*, No. 2:25-CV-02136-RFB-MDC. The Court cannot consider the petition filed in the 02973 Case because it does not pertain to the petitioner and it is not personally signed by the petitioner or by counsel or a next friend on their behalf. Unfortunately, the petitioner did not provide any contact information other than an email address with their filing in that case, and their initiating document does not state whether and, if so, where they are being detained. Additionally, they neither paid the $5 filing fee nor filed an application to proceed *in forma pauperis*.

Accordingly, **IT IS HEREBY ORDERED** that, on or before October 2, 2026, Petitioner, with the assistance of counsel, must indicate whether they are the petitioner in Oscar Lara Figueroa v. USA, No. 2:26-CV-02973-RFB-BNW and, if so, whether they intend to proceed in the instant case, or in Oscar Lara Figueroa v. USA, No. 2:26-CV-02973-RFB-BNW.

**IT IS FURTHER ORDERED** that if Petitioner is the petitioner in Oscar Lara Figueroa

v. USA, No. 2:26-CV-02973-RFB-BNW, then, on or before October 2, 2026, Petitioner must file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing the case in which they do not intend to proceed.

The Clerk of Court is **DIRECTED** to file a copy of this Order in Oscar Lara Figueroa v. USA, No. 2:26-CV-02973-RFB-BNW and send a courtesy copy of it to the email address provided therein: anndrees1234@gmail.com.

**DATED:** September 23, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**