**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

OSCAR LARA FIGUEROA,

Petitioner,

v.

USA, *et al.*,

Respondents.

Case No.: 2:26-cv-02973-RFB-BNW

**ORDER**

In September 2026, three separate petitions for federal habeas corpus under 28 U.S.C. § 2241 by immigration detainee were filed by or on behalf of Petitioner Oscar Lara Figueroa: 2:26-CV-02973-RFB-BNW; 2:26-CV-03026-RFB-MDC; and 2:26-CV-03083-RFB-BNW. Thereafter, upon the Court's order about duplicate cases, Petitioner elected to proceed in his 03083 Case with attorney Gary S. Fink. See Figueroa v. Blanche, 2:26-CV-03026-RFB-MDC, ECF No. 9 (Notice of Voluntary Dismissal, filed Oct. 2, 2026).

Accordingly, **IT IS HEREBY ORDERED** that this case is dismissed without prejudice to Petitioner's ability to pursue his claims in his other habeas case: 2:26-CV-03083-RFB-BNW.

**DATED:** October 23, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**